UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OLGA MARTINEZ, | Case No. 14-cv-01998-YGR (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus. She has filed a motion for leave to proceed *in forma pauperis*.

Federal statute allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. *Id.* § 2241(d). Where a case is filed in the wrong venue, the district court has the discretion to transfer it to the proper federal court "in the interest of justice." *See* 28 U.S.C. § 1406(a).

Here, Petitioner challenges a conviction and sentence incurred in the Ventura County Superior Court, which is in the venue of the Western Division of the Central District of California. *See* 28 U.S.C. § 84. Accordingly, that is the proper venue for this action.

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the Western Division of

1  the United States District Court for the Central District of California.  All remaining motions are

2  TERMINATED on this Court's docket as no longer pending in this district.

3      IT IS SO ORDERED.

4  Dated:   August 15, 2014

5                                  The Honorable Yvonne Gonzalez Rogers
                                United States District Court Judge

7  P:\PRO-SE\YGR\CR.14\Martinez1998.transfer.docx

United States District Court
Northern District of California